UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MICHIGAN URGENT CARE & PRIMARY CARE PHYSICIANS, P.C.,**<br><br>        Plaintiff,<br><br>  vs.<br><br>**MEDICAL SECURITY CARD COMPANY, LLC D/B/A SCRIPTSAVE AND WELLRX, and JOHN DOES, 1-10,**<br><br>        Defendants. | 2:20-CV-10353-TGB-DRG<br><br><br>**JUDGMENT** |

In accordance with the Opinion and Order issued on this date, granting Final Approval of Class Action Settlement (ECF No. 48), it is **ORDERED AND ADJUGED** that the case be **DISMISSED WITH PREJUDICE** and without further costs.

Dated at Detroit, Michigan:  May 11, 2022.

                                          KINIKIA ESSIX
                                          CLERK OF THE COURT
                                          s/A. Chubb
                                          Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE